UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

**CASE NO. 8:07-CV-922-T-27MAP**

LOUIS VUITTON MALLETIER,

    Plaintiff,

v.

HOME SHOPPING NETWORK, INC. and
AMERICAN ELITE, INC.,

    Defendants.
_____/

# PERMANENT INJUNCTION AGAINST DEFENDANT AMERICAN ELITE, INC.

THIS CAUSE came before the Court on the application of Plaintiff LOUIS VUITTON MALLETIER (hereinafter referred to as "Plaintiff' or "Louis Vuitton") for the entry of a Permanent Injunction against Defendant American Elite, Inc. ("Elite" or "Defendant") in the form set forth herein. As the Court notes from the last page of this document, Defendant has consented to the entry of this Permanent Injunction. The Court, having considered all pleadings and other documents filed in this action, hereby directs the entry of this Permanent Injunction on Plaintiff's claims against Defendant.

The Court, being otherwise fully advised in the premises, does hereby **ORDER, ADJUDGE and DECREE** as follows:

1. This Court has jurisdiction over the subject matter of this action by virtue of 15 U.S.C. §1121, 28 U.S.C. §1331 and 28 U.S.C. §1338 because this action alleges claims

which arise under the trademark laws of the United States, 15 U.S.C. §1051 et *seq.* and particularly 15 U.S.C. §§1114, 1116, 1117 and 1125.

2. This Court has jurisdiction over Defendant Elite.

3. Plaintiff is engaged in the manufacture, sale and distribution in interstate and foreign commerce of prestigious high-quality, luxury merchandise.

4. In this action, Plaintiff has alleged that Defendant advertised, marketed, promoted, distributed, sold and offered for sale products bearing counterfeits and/or infringements of certain of its trademarks, including, but not limited to: the Pattern Design - U.S. Trademark Registration No. 297,594 of September 20, 1932; the Floral Decor - U.S. Trademark Registration No. 1,841,850 of June 28, 1994; the Flower - U.S. Trademark Registration No. 2,177,828 of August 4, 1998; the Flower in a Circle - U.S. Trademark Registration No. 2,181,753 of August 18, 1998; the Damier mark (U.S. Trademark Registration No. 2,421,618 of January 16, 2001); and the Flower in a Rhombus - U.S. Trademark Registration No. 2,773,107 of October 14, 2003 (hereinafter sometimes collectively referred to as the "Louis Vuitton Trademarks").  Copies of the trademark registrations for the Louis Vuitton Trademarks are attached hereto as Exhibit A.

5. Defendant denies Plaintiff's allegations.

6. Nevertheless, Defendant acknowledges that Louis Vuitton is the exclusive owner of the Louis Vuitton Trademarks and that said marks are valid. In addition, Defendant agrees that it will not challenge, contest, or interfere with, Louis Vuitton's ownership, use, or registration, of the Louis Vuitton Trademarks.

7. Without any admission of wrongdoing by Defendant or any evidentiary findings by the Court, the Court hereby permanently enjoins and restrains Defendant Elite, its employees, agents, servants, successors and assigns, and all those in active concert or participation with any of them, from:

A. manufacturing, importing, exporting, promoting, advertising, marketing, distributing, displaying, selling, or offering to sell merchandise identified as the American Flyer fashion garment bag (item # 190001) and eight piece fashion luggage set (item # 190039), a piece of which is photographed in Exhibit B hereto, and the American Flyer Monaco Checkerboard three piece luggage set, which is shown in Exhibit C attached hereto, or any other products which are substantially similar thereto;

B. falsely stating that it, or any of its products are connected with Louis Vuitton, sponsored by or associated with Louis Vuitton, or that if or its products are endorsed by, approved of, and/or associated with Louis Vuitton;

C. using any logo, trade name, or trademark which may be calculated to falsely represent that the services or products of Defendant are sponsored by, authorized by, endorsed by, or in any way associated with Louis Vuitton;

D. falsely representing itself as being connected with Louis Vuitton, or sponsored by or associated with Louis Vuitton, or engaging in any act which is likely to falsely cause the trade, retailers and/or members of the public to erroneously believe that Defendant and/or its products are in any way endorsed by, approved of, and/or associated with Louis Vuitton;

E. using any reproduction, infringement, counterfeit, copy, or colorable imitation of the Louis Vuitton Trademarks in connection with manufacturing, importing, exporting, promoting, advertising, distributing, displaying, selling, or offering to sell any unauthorized goods or services, including, without limitation, items bearing a reproduction, infringement, counterfeit, copy or colorable imitation of the Louis Vuitton Trademarks;

F. infringing or counterfeiting any of the Louis Vuitton Trademarks; and

G. knowingly instructing, aiding or abetting any other person or business entity in engaging in any of the activities referred to in subparagraphs A through F above.

8. In the event judicial relief or enforcement is sought as a result of any alleged violation or breach of this Permanent Injunction, the prevailing party shall be entitled to recover from the opposing party in such suit or proceeding the prevailing party's costs and expenses, including reasonable attorneys' fees.

9. In the event Plaintiff seeks enforcement of any provision of this Permanent Injunction, Plaintiff shall notify Defendant by serving copies of Plaintiff's enforcement application as follows:

> Joseph Liang
> Celia Liang
> American Elite, Inc.
> 196 West Railway
> Ave. Paterson, NJ
> 07503

With a copy to:

> Jason M. Drangel
> Epstein Drangel Bazerman & James, LLP
> 60 East 42nd Street, Suite 820
> New York, NY 10165

10. If the Court finds that Elite has violated or breached this Permanent Injunction, the Court will impose sanctions against Elite in the amount of $1,000 per day per infringement for each day the violation or breach is not cured. In such event, said sanction shall not be Louis Vuitton's exclusive remedy, but will instead be in addition to any other award that the Court determines that Louis Vuitton is entitled to as a result of any alleged violation or breach of this Permanent Injunction.

11. The terms of this Permanent Injunction shall govern and bind the activities of Defendant, its agents, servants, employees, and all persons in active concert or participation with them.

12. The Court reserves and retains jurisdiction of the subject matter of this cause and of the parties hereto for the purpose of enforcing the terms of this Permanent Injunction.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of October, 2007.

United States District Judge

Copies Furnished to
  Harry R. Schafer, Esq.
  for service upon Defendants

CASE NO. 8:07-CV-922-T-27MAP

## MOTION FOR, AND CONSENT TO, ENTRY OF FOREGOING PERMANENT INJUNCTION,

Plaintiff hereby respectfully moves for the entry of the foregoing Permanent Injunction. Defendant Elite has noted its agreement and consent to the foregoing Permanent Injunction below.

Respectfully submitted,

Dated: October 17, 2007
Miami, FL

s/Harry R. Schafer
Harry R. Schafer (Trial Counsel)
hrs@kennynachwalter.com
Florida Bar #508667
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd.
Suite 1100 – Miami Center
Miami, FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Attorneys for Plaintiff Louis Vuitton*

### DEFENDANT'S AGREEMENT AND CONSENT TO FOREGOING:

AMERICAN ELITE, INC.

By: _____ , its _____

Dated: _____

6

## MOTION FOR, AND CONSENT TO, ENTRY OF FOREGOING PERMANENT INJUNCTION.

Plaintiff hereby respectfully moves for the entry of the foregoing Permanent Injunction. Defendant Elite has noted its agreement and consent to the foregoing Permanent Injunction below.

Respectfully submitted,

Dated: October 17, 2007
Miami, FL

s/Harry R. Schafer
Harry R. Schafer (Trial Counsel)
hrs@kennynachwalter.com
Florida Bar #508667
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd.
Suite 1100 – Miami Center
Miami, FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

Attorneys for Plaintiff Louis Vuitton

**DEFENDANT'S AGREEMENT AND CONSENT TO FOREGOING:**

AMERICAN ELITE, INC.

By: _____ its President
Dated: 10/1/07

306097.2

6.

# EXHIBIT A

Int. Cl.: 18

Prior U.S. Cl.: 3

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 297,594
Registered Sep. 20, 1932
Renewal Term Begins Sep. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE. BY CHANGE OF NAME, ASSIGNMENT,ASSIGNMENT AND ASSIGNMENT FROM VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE (FRANCE CORPORATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO. 219,497, DATED 10-29-1908, RENEWED AS REG. NO. 219,497, DATED 8-3-1923.

THE REPRESENTATION OF A TRUCK LINING OR A SECTION THEREOF BEING HEREBY DISCLAIMED.

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, IN CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1897.

SER. NO. 71-313,983, FILED 4-29-1931.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 17, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 18

Prior U.S. Cls.: 3 and 41 

Reg. No. 1,841,850

**United States Patent and Trademark Office**  Registered June 28, 1994

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COMPANY)
43 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: TRUNKS; TRAVELLING TRUNKS; SUITCASES; BAGS; NAMELY, TRAVELING BAGS; BAGS FOR CLIMBERS; BAGS FOR CAMPERS; RUCKSACKS; HAVERSACKS; SHOPPING BAGS; HANDBAGS; VANITY CASES; ATTACHE CASES; SCHOOLBAGS; SCHOOL SATCHELS; SATCHELS; POUCHES; BRIEFCASES; WALLETS; POCKET WALLETS; CARD CASES; BILL AND CARD HOLDERS; KEY HOLDERS; CHANGE PURSES; PORTFOLIOS; AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 3 AND 41).

OWNER OF FRANCE REG. NO. 1609369, DATED 4-20-1990, EXPIRES 4-21-2000.

OWNER OF U.S. REG. NOS. 297,594, 1,770,131 AND OTHERS.

THE STIPPLING IS INTENDED TO SHOW SHADING.

SER. NO. 74-407,999, FILED 6-28-1993.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY

Int. Cls.: 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50

Reg. No. 2,177,828

**United States Patent and Trademark Office**    Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, KEY RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST-WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER ARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES MADE FROM LEATHER OR LEATHERBOARD, ENVELOPES OF LEATHER FOR PACKAGING; TRUNKS, VALISES, TRAVELING BAGS, LUGGAGE FOR TRAVEL, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HAND BAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, DRAW STRING POUCHES, AND FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, LEATHER KEY HOLDERS, BUSINESS CARD CASES, CALLING CARD CASES, AND CREDIT CARD CASES, UMBRELLAS, PARASOLS, CANES, AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, GLOVES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, SHOES, BOOTS AND SANDALS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96/612502, FILED 2-23-1996, REG. NO. 96612502, DATED 2-23-1996, EXPIRES 2-23-2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198 AND OTHERS.

SER. NO. 75-143,799, FILED 8-1-1996.

JASON TURNER, EXAMINING ATTORNEY

Int. Cls.: 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 2,181,753
Registered Aug. 18, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, KEY RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST-WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER ARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES MADE FROM LEATHER OR LEATHERBOARD, ENVELOPES OF LEATHER FOR PACKAGING; TRUNKS, VALISES, TRAVELING BAGS, LUGGAGE FOR TRAVEL, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HAND BAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, DRAW STRING POUCHES; AND FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, LEATHER KEY HOLDERS, BUSINESS CARD CASES, CALLING CARD CASES, AND CREDIT CARD CASES, UMBRELLAS, PARASOLS, CANES, AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, GLOVES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, SHOES, BOOTS AND SANDALS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96/612504, FILED 2-23-1996, REG. NO. 96612504, DATED 2-23-1996, EXPIRES 2-23-2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198 AND OTHERS.

SER. NO. 75-143,789, FILED 8-1-1996.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,421,618

United States Patent and Trademark Office   Registered Jan. 16, 2001

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES OF LEATHER OR LEATHER BOARD PRINCIPALLY USED FOR TRAVEL PURPOSES, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING, TRUNKS, VALISES, TRAVELING BAGS, TRAVELING KITS FOR CONTAINING COSMETICS, JEWELRY AND STATIONERY, GARMENT BAGS FOR TRAVEL, VANITY CASES, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, MUFF CASES, POUCHES, FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, CALLING CARD CASES, PARASOLS, UMBRELLAS, CANES, WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-0-1996; IN COMMERCE 8-0-1996.
PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96617953, FILED 3-20-1996, REG. NO. 96617953, EXPIRES 3-27-2006.
OWNER OF U.S. REG. NO. 1,931,144 AND OTHERS.

THE MARK CONSISTS OF A CHECKERED PATTERN OF LIGHT AND DARK BROWN WITH AN UNUSUAL CONTRAST OF WEFT AND WARP, AND COLOR IS CLAIMED AS A FEATURE OF THE

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

Reg. No. 2,773,107

**United States Patent and Trademark Office**   Registered Oct. 14, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: JEWELRY INCLUDING RINGS, BELT BUCKLES OF PRECIOUS METALS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTAL PINS, AND MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS AND APPARATUS, NAMELY, WATCHES, WATCH CASES AND CLOCKS; NUTCRACKERS OF PRECIOUS METALS; CANDLESTICKS OF PRECIOUS METALS, JEWELRY BOXES OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: TRAVEL BAGS, TRAVEL BAGS MADE OF LEATHER; LUGGAGE TRUNKS AND VALISES, GARMENT BAGS FOR TRAVEL, VANITY-CASES SOLD EMPTY; RUCKSACKS, SHOULDER BAGS, HANDBAGS; ATTACHE-CASES, BRIEFCASES, DRAWSTRING POUCHES, POCKET WALLETS, PURSES, UMBRELLAS, BUSINESS CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, CREDIT CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; CALLING CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1899; IN COMMERCE 0-0-1899.

FOR: CLOTHING, NAMELY, UNDERWEAR, SWEATERS, SHIRTS, T-SHIRTS, SUITS, HOSIERY, BELTS, SCARVES, NECK TIES, SHAWLS, WAISTCOATS, SKIRTS, RAINCOATS, OVERCOATS, SUSPENDERS, TROUSERS, JEANS, PULLOVERS, FROCKS, JACKETS, WINTER GLOVES, DRESS GLOVES, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES, PAJAMAS, NIGHT DRESSES, SHORTS, POCKET SQUARES; HIGH-HEELED SHOES, LOW-HEELED SHOES, SANDALS, BOOTS, SLIPPERS, TENNIS SHOES; HATS, CAPS, HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

OWNER OF U.S. REG. NO. 2,177,828.

SER. NO. 76-364,597, FILED 1-31-2002.

RUSS HERMAN, EXAMINING ATTORNEY

# EXHIBIT B



Click on image to zoom in.

Click and drag on image to pan.

RESET

close window

# EXHIBIT C

